UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABLO CHAVEZ,<br><br>                    Plaintiff,<br><br>         v.<br><br>KINGS COUNTY JAIL WELL PATH MEDICAL, et al.,<br><br>                    Defendants. | 1:23-cv-01154-GSA (PC)<br><br>ORDER DISREGARDING MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT<br><br>(Document# 9) |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. Section § 1983.

On July 22, 2024, plaintiff filed an application to proceed in forma pauperis. ECF No. 9. Due to the fact that the court granted plaintiff's previous application to proceed in forma pauperis in the present case on August 14, 2023 (ECF No. 4), IT IS HEREBY ORDERED THAT plaintiff's application of July 22, 2024, is DISREGARDED AS MOOT.

IT IS SO ORDERED.

Dated:   **July 22, 2024**                       **/s/ Gary S. Austin**
                                                          UNITED STATES MAGISTRATE JUDGE

1