1
2
3
4
5
6
7
8               UNITED STATES DISTRICT COURT
9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10

| PABLO CHAVEZ, | No. 1:23-cv-01154 GSA (PC) |
|---|---|
| Plaintiff, | ORDER ACKNOWLEDGING PLAINTIFF'S NOTICE TO PROCEED WITH CASE |
| v. | |
| KINGS COUNTY JAIL WELL PATH MEDICAL, et al., | (ECF No. 14) |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Plaintiff has filed a "notice" in which he asks the Court to proceed with his case. ECF No. 14. Plaintiff is informed that his complaint will be screened in due course.

The Eastern District of California carries one of the largest and most heavily weighted caseloads in the nation. See Office of the Clerk, United States District Court, Eastern District of California, 2024 Annual Report, "Weighted Filings," p. 35 (2024) ("[O]ur weighted caseload far exceeds the national average . . . ranking us fourth in the nation and first in the Ninth Circuit."). This problem is compounded by a shortage of jurists to review its pending matters. See generally id. (stating 2024 Biennial Judgeship Survey recommended request for four additional permanent

1

1 judgeships for Eastern District of California).

2 That being said, the Court will acknowledge Plaintiff's "notice" and his request to proceed
3 with his case. Plaintiff's complaint will be screened in due course.

4 Accordingly, the Court HEREBY ACKNOWLEDGES Plaintiff's "notice" which
5 ultimately asks the Court to screen his case. See ECF No. 14.

6 **Plaintiff's complaint will be screened in due course.**

IT IS SO ORDERED.

Dated: **September 10, 2025**          /s/ Gary S. Austin
                                        UNITED STATES MAGISTRATE JUDGE