UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABLO CHAVEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KINGS COUNTY JAIL WELL PATH MEDICAL, et al.,<br><br>　　　　Defendants. | Case No.: 1:23-cv-01154 JLT CDB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION WITHOUT PREJUDICE FOR PLAINTIFF'S FAILURE TO OBEY AND FAILURE TO PROSECUTE<br><br>(Doc. 19) |

　　　　Pablo Chavez seeks to hold defendants liable for violations of his constitutional rights. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On October 23, 2025, the assigned magistrate judge issued Findings and Recommendations to Dismiss Action Without Prejudice for Plaintiff's Failure to Obey Local Rules and Failure to Prosecute. (Doc. 19.) Specifically, the magistrate judge found Plaintiff failed to keep the Court apprised of his current address. (*Id*. at 2-5.) The Court served the Findings and Recommendations on Plaintiff and notified him that any objections were due within 14 days. (*Id*. at 6.) The Court advised him that the "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id*., citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Plaintiff did not file objections, and the time to do so has passed. Instead, like

other mail directed to Plaintiff at his address on file with the Court,[1] the Findings and Recommendations were returned by the United States Postal Service marked "Undeliverable, RTS, Inactive 4/20/2025, NIC" on November 4, 2025.

According to 28 U.S.C. § 636(b)(1)(C), this Court conducted a *de novo* review of this case. Having reviewed the entire matter, the Court concludes the Findings and Recommendations to be supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued October 23, 2025, (Doc. 19), are **ADOPTED** in full.
2. This action is **DISMISSED**, without prejudice, for Plaintiff's failure to obey the Local Rules and failure to prosecute; and
3. The Clerk of the Court is directed to close this case and terminate any deadlines.

IT IS SO ORDERED.

Dated:   **November 7, 2025**

UNITED STATES DISTRICT JUDGE

---

[1] *See* Docket Entries dated 9/22/2025 and 10/20/2025.

2